IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIESEL TECHNOLOGIES LLC, | |
| Plaintiff, | Civil Action No. 1:18-cv-00667-RGA |
| v. | |
| NAVISTAR, INC. | JURY TRIAL DEMANDED |
| Defendant. | |

## PROPOSED ORDER

Having reviewed Cummins Inc. and Cummins Emission Solutions, Inc.'s (collectively, "Cummins") Unopposed Motion to Intervene and the other materials filed with respect to Cummins's Motion, IT IS HEREBY ORDERED that Cummins's Motion is GRANTED.

Cummins's Answer submitted with its Motion to Intervene is hereby entered into the docket and the case caption shall henceforth be amended to include Cummins Inc. and Cummins Emission Solution, Inc. as Intervenors-Defendants.

Signed at Wilmington, Delaware on this 25 day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE